| 1 | RENE L. VALLADARES |
|---|---|
| | Federal Public Defender |
| 2 | State Bar No. 11479 |
| | KATHRYN C. NEWMAN |
| 3 | Assistant Federal Public Defender |
| | Nevada State Bar No. 13733 |
| 4 | 411 E. Bonneville, Ste. 250 |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 388-6577/Phone |
| | (702) 388-6261/Fax |
| 6 | Kathryn_Newman@fd.org |

Attorney for John Douglas Gibson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00140-GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| JOHN DOUGLAS GIBSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for John Douglas Gibson, that the Revocation Hearing currently scheduled on November 22, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than December 2, 2019.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant will possibly still be in trial on US v. Williams, Case No. 2:18-cr-00221-MMD-DJA during the currently scheduled revocation hearing.

2. Counsel for the defense will be out of the office on leave the week of November 25. Counsel for the government will be out of the office for part of the week of November 25.

3. Counsel for the defendant needs additional time to conduct investigation and continue negotiations to reach a global resolution of the revocation proceedings and possible new charges.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 18th day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOUGLAS GIBSON,<br><br>Defendant. | Case No. 2:15-cr-00140-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 22, 2019 at 9:00 a.m., be vacated and continued to Thursday, December 19, 2019, at the hour of 3:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  19  day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE